UNITED STATES of America,
Plaintiff—Appellee,

v.

Abubacar CEESAY, Defendant—
Appellant.

No. 02–10002.

D.C. No. CR–99–20251–JW.

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2004.*

Decided June 18, 2004.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Gary G. Fry, Asst. U.S. Atty., USSJ–Office of the U.S. Attorney, San Jose, CA, for Plaintiff–Appellee.

Peter A. Furst, Furst & Pendergast, LLP, San Francisco, CA, for Defendant–Appellant.

Before HALL, LEAVY and FISHER, Circuit Judges.

## MEMORANDUM**

Abubacar Ceesay appeals his guilty plea conviction and 14–month sentence for possession of counterfeit alien registration cards, in violation of 18 U.S.C. § 1546(a).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Ceesay has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Ceesay has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).